1

CREDIT BUREAU OF LOUISIANA
620 CROCKETT ST. PO BOX 1107
SHREVEPORT, LA 71163
A SERVICE OF RETAIL MERCHANTS ASSOCIATION
(318) 222-8446
1-800-469-3968

*Sent to debtor on 6/8/2010*
~~12-21-12~~

BILLUPS, ROBB
4902 CRISTA LANE
MIDLAND TX 79707

2734714

Exhibit  C

RE: ▬▬▬▬▬▬▬▬
#17460
$   138.73

DEAR ROBB BILLUPS:

YOUR ACCOUNT HAS BEEN LISTED WITH THIS OFFICE FOR COLLECTIONS. THIS NOTICE HAS BEEN SENT TO YOU BY THIS COLLECTION AGENCY. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF PAID IN FULL TO THIS OFFICE ALL COLLECTION ACTIVITY WILL BE STOPPED.

UNLESS YOU DISPUTE THE VALIDITY OF THE DEBT OR ANY PORTION THEREOF, WITHIN 30 DAYS AFTER RECEIPT OF THIS NOTICE, WE SHALL ASSUME THE DEBT TO BE VALID. IF YOU NOTIFY US IN WRITING OF YOUR DISPUTE WITHIN THIS 30 DAY PERIOD, WE WILL OBTAIN VERIFICATION OF THE DEBT AND WILL MAIL YOU A COPY. UPON YOUR WRITTEN REQUEST WITHIN THE 30 DAY PERIOD, WE CEASE ALL COLLECTION ACTIVITY UNTIL WE CAN PROVIDE TO YOU, THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

ALL UNPAID ACCOUNT INFORMATION IS ROUTINELY SUBMITTED TO THE CREDIT BUREAU OF LOUISIANA, WHERE IT IS RECORDED AND REPORTED TO ANY AND ALL INQUIRING CREDIT GRANTORS.

RETURNED CHECKS ARE SUBJECT TO A $25.00 FEE OR MAXIMUM ALLOWED BY LAW.

PLEASE INCLUDE THIS ACCOUNT NUMBER WITH YOUR $   138.73 PAYMENT:  2734714

THANK YOU,
MS. SHEPPARD 318-227-3276

VISA/MC/DISCOVER ACCEPTED- THERE IS A COVENIENCE FEE FOR EACH TRANSACTION $5.00 FOR AMOUNTS LESS THAN $25.00, $6.00 FOR AMOUNTS OF $25.01 TO $150.00, $7.50 FOR AMOUNTS OF $150.01 TO $300.00, AND 3% FOR AMOUNTS OF $300.01 AND MORE.

|_| PLEASE APPLY TO MY MASTERCARD/VISA CARD/ DISCOVER CARD

|_||_||_||_||_||_||_||_||_||_||_||_||_||_||_||_|   $_____

NAME _____
                                              EXPIRATION DATE: _____
FULL ADDRESS _____
SIGNATURE _____

EXHIBIT A-1

CREDIT BUREAU OF LOUISIANA
COLLECTION SERVICES DIVISION
620 CROCKETT ST. - P.O. BOX 1107
SHREVEPORT, LA 71163
(318) 222-8446
1-800-469-3968

notice sent on 9/30/10
& on 1/3/11
~~12-21-12~~

Exhibit C

BILLUPS, ROBB
4902 CRISTA LANE
MIDLAND TX 79707

2734714

| CREDITOR/LAST CHARGE OR PMT | AMOUNT | INTEREST | FEES | TOTAL |
|---|---|---|---|---|
| ~~[redacted]~~ 10-19-09 | 138.73 | 0.00 | 0.00 | 138.73 |
| TOTAL | 138.73 | 0.00 | 0.00 | 138.73 |

MS. SHEPPARD 318-227-3276

"This is an attempt to collect a debt, and any information obtained will be used for that purpose."



EXHIBIT A-2