Exhibit D

## Kroll Factual Data — BUREAU EXPRESS
Residential Merged Credit Report

| KROLL FACTUAL DATA, 5200 HAHNS PEAK DRIVE LOVELAND, CO 80538 (800)324-5005 | | | |
|---|---|---|---|
| CORNERSTONE MORTGAGE COMPANY - 142<br>6301 GASTON AVE, STE 625<br>DALLAS, TX 75214<br>(214)363-3500 (866)484-6046 | Client Tracking<br>1420000346 | Requested by<br>gtheriot | Report ID<br>D4406BX00103004 |
| | Client Code<br>4406-0086EC | BX Date requested<br>08/09/2012 09:06:05 | Charges<br>15.30 |

Identification (as requested)

Applicant's last name | First name | Middle | Suffix | DOB | Social Security

| | Opened<br>06/10 | Reported<br>09/10 | High balance<br>139 | Reviewed<br>--- | 30<br>0 | 60<br>0 | 90+<br>0 | Pastdue<br>-0- | Payment<br>Collection<br>08/10 | Balance<br>139 |
|---|---|---|---|---|---|---|---|---|---|---|
| CB OF LA<br>2734▮▮▮ | Last active<br>08/10 | *BX1 *BU1<br>[Ind] | High limit<br>--- | | Install (I9)<br>Unknown | | | | | |
| Medical Payment Data; MEDICAL; Placed for collection; Closed | | | | | | | | | | |



Report Number: 25862519  Reference # / Requestor: /dime@37257
Customer ID: AC37257  Account Name: DRIVER REAL ESTATE
Last Modified: 08/21/2012  Reissued For:
Report Type: Individual  Date Ordered: 08/21/2012  Reissued:

CR BUR OF GR SHREVEPOR ▮▮▮  06/2010  08/2010A  $139  IN  $139  $139
DLA