UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ROBB BILLUPS | CIVIL ACTION NO. 14-0401 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CREDIT BUREAU OF GREATER SHREVEPORT, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted and the Rule 12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction (Record Document 50) filed by Defendant Retail Merchants Association, Inc. d/b/a, Credit Bureau of Louisiana, a/k/a Credit Bureau of Greater Shreveport be and is hereby **GRANTED**.  All of Plaintiff Robb Billups' claims are **DISMISSED**.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 22nd day of September, 2014.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE